IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ALLAN R. RICHARDS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FIRST FRANKLIN LOAN SERVICES, *et al.*,<br><br>　　　　　　　Defendants. | **ORDER and<br>MEMORANDUM DECISION**<br><br><br>Case No. 2:11-cv-306 CW |

　　　　Now before the court is a filing by Plaintiff Allan R. Richards that the court has construed as a motion to vacate an Order of August 31, 2011 dismissing certain defendants (Dkt. No. 30). Because Mr. Richards is acting *pro se* in this matter, the court will liberally construe his pleadings. In short, Mr. Richards generally contends that the August 31 Order violated his due process rights and is therefore void. Mr. Richards, however, presents no persuasive legal reasoning from which the court could agree with that proposition. Accordingly, Mr. Franklin's motion is DENIED.

　　　　SO ORDERED this 7th day of November, 2011.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Clark Waddoups
　　　　　　　　　　　　　　　　　　　　　United States District Judge